For the error pointed out the judgment is reversed.

BUFORD, C.J., AND BROWN, J., concur.

WHITFIELD, P.J., AND TERRELL AND DAVIS, J.J., concur in the opinion and judgment.

. DAVIS, J. (Concurring): In this case the scaffold was not shown to have been an instrumentality which was prepared and furnished by the master for the work in which the injured workmen were engaged. The furnishing and preparation of proper scaffolds may be, and often is, itself a part of the work which carpenters are employed to perform, especially in connection with the construction of small buildings. It appears to be so in this case, therefore, the master was not shown to be liable for the defect precipitating the injury.

But in those cases where the furnishing and building of scaffolds is not itself a part of the work which the workmen are employed to perform, but such scaffolds are instrumentalities prepared and furnished *by the master* and it is shown that the workmen injured by collapse of same were without control or responsibility, in regard thereto, I think it is clear that the master would be liable for any defects, even under the views which have been expressed in the able opinion prepared by Mr. Justice Ellis in which I concur with the supplementary observations above set forth. See Fraser v. Red River Lumber Co., 45 Minn. 235, 47 N. W. 785.

AUGUST JOHNSON, *Plaintiff in Error,* vs. E. E. STOUDEMIRE
and ISOM BEASLEY, *Defendants in Error.*
136 So. 606.
Special Division B.
Decision filed September 14, 1931.

*Martin & Martin,* for Plaintiff in Error.

PER CURIAM.—This cause having heretofore been sub-

mitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby affirmed.

BUFORD, C.J., AND WHITFIELD AND DAVIS, J.J., concur.

ROY WHITE, *Plaintiff in Error,* vs. THE STATE OF FLORIDA, *Defendant in Error.*

136 So. 604.

Special Division B.

Decision filed September 14, 1931.

*DeCottes & Spencer,* for Plaintiff in Error;

*Cary D. Landis,* Attorney General, and *Roy Campbell,* Assistant, for the State.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby affirmed.

BUFORD, C.J., AND WHITFIELD AND TERRELL, J.J., concur.

MIAMI COLISEUM CORPORATION, a Florida corporation, *Appellant,* vs. FRED L. GALLUP, *Appellee.*

136 So. 607.